FILED

JUN 24 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| BRETT A. TURNQUIST,<br><br>                        Plaintiff,<br><br>vs.<br><br>TOM GREEN, C/O MRS. RANEY, C/O MR. BYRON,<br><br>                        Defendants. | No. CV 13-87-BLG-SEH<br><br>ORDER |

On June 5, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 8.

Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

Defendant Tom Green is DISMISSED for failure to state a claim. The caption shall be amended accordingly to reflect the dismissal.

DATED this 24th day of June, 2014.

SAM E. HADDON
United States District Judge